# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VNB NEW YORK CORP.,

    Plaintiff,

v.                                            CASE NO: 8:10-cv-2316-T-26MAP

ABBEY STAFFING RESOURCES, INC.
and DAWN TAYLOR,

    Defendants.
_____/

## O R D E R

Upon due and careful consideration of Plaintiff's submissions, together with the procedural history of this case, it is ordered and adjudged that Plaintiff's Motion for Attorneys' Fees (Dkt. 40) is granted. The Court determines that Plaintiff is entitled to reasonable attorneys' fees and legal expenses in the total sum of $12,958.00. The Clerk is directed to enter judgment against Defendant Dawn Taylor in that amount.

**DONE AND ORDERED** at Tampa, Florida, on August 9, 2012.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record